UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RISSMAN HENDRICKS & OLIVERIO, LLP f.k.a. RISSMAN JOSBE HENDRICKS & OLIVERIO, LLP f.k.a. KUDIRKA & JOBSE, LLP, <br>     Plaintiff, <br><br> v. <br><br> MIV THERAPEUTICS INC., MIV SCIENTIFIC HOLDINGS, LTD, BIOSYNC SCIENTIFIC PVT, ALAN P. LINDSAY a.k.a ALAN LINDSAY, PATRICK MCGOWAN, and CHRIS XUNAN CHEN a.k.a. CHRIS CHEN, <br>     Defendants. | C.A. No. 11-10791-MLW |

## AMENDED SEQUESTRATION ORDER

WOLF, D.J.                                                                                             May 8, 2013

It is hereby ORDERED pursuant to Fed. R. Evid. 615 that, each witness in this case, including each witness concerning any pretrial motion:

1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2. Shall be excluded from the courtroom when other witnesses are testifying, except that the parties may be in the courtroom for such testimony; and

3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege or some other applicable privilege, such communications may be explored on direct and/or cross-examination of the witness.

                                                                    /s/ Mark L. Wolf
                                                                   UNITED STATES DISTRICT COURT