```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

RISSMAN HENDRICKS & OLIVERIO,     )
LLP f.k.a. RISSMAN JOSBE          )
HENDRICKS & OLIVERIO, LLP         )
f.k.a. KUDIRKA & JOBSE, LLP,      )
        Plaintiff,                )
                                  )
        v.                        )
                                  )   C.A. No. 11-10791-MLW
MIV THERAPEUTICS INC., MIV        )
SCIENTIFIC HOLDINGS, LTD,         )
BIOSYNC SCIENTIFIC PVT, ALAN P.   )
LINDSAY a.k.a ALAN LINDSAY,       )
PATRICK MCGOWAN, and CHRIS        )
XUNAN CHEN a.k.a. CHRIS CHEN,     )
        Defendants.               )
```

                                ORDER

WOLF, D.J.                                      September 6, 2013

   The court has considered the parties' List of Non-Evidentiary Motions to be heard without testimony on September 13, 2013 (Docket No. 199). It is hereby ORDERED that:

   1.   Counsel shall confer forthwith regarding the answers and documents plaintiff seeks from defendant Alan P. Lindsay pursuant to its First Set of Interrogatories (Docket No. 100-1) and First Request for the Production of Documents (Docket No. 101-1), with a view to reaching an agreement to resolve their disputes.

   2. Plaintiff and Lindsay shall, by 12:00 noon, on September 11, 2013, report, jointly if possible but separately if necessary, concerning:

       (a)  whether they have resolved all disputes and; if not

       (b)  Lindsay shall state what documents he agrees to produce, what interrogatories he agrees to answer,

        and describe with specificity his reasons for objecting to the remaining requests.

    (c) Rissman shall describe the additional documents it requests and interrogatories it wants answered, and describe with specificity the reasons such documents and information are discoverable and important.

3. If there are remaining disputes, the court is likely to follow its usual practice and decide the pending motions to compel by accepting the position of the party which it finds most reasonable.

                                    /s/ Mark L. Wolf
                                UNITED STATES DISTRICT JUDGE