UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RISSMAN, HENDRICKS & OLIVERIO,LLP,
Plaintiff
v.
MIV THERAPEUTICS INC., MIV
SCIENTIFIC HOLDINGS, LTD.,
BIOSYNC SCIENTIFIC PVT, ALAN P.
LINDSAY, CHRIS XUNAN CHEN, and
PATRICK MCGOWAN,
Defendants

CIVIL ACTION NO. 11-cv-10791-MLW

## AMENDED JUDGMENT IN A CIVIL CASE

WOLF, D.J.

  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**

  **SEPARATE AND FINAL JUDGMENT in the amount of $547,091.88 with post-judgment interest to run from 12/22/2011, for the plaintiff against defendants MIV Scientific Holdings LTD, Biosync Scientific PVT, Chris Xunan Chen A/K/A Chris Chen, and MIV Therapeutics Inc., jointly and severally, as set forth in the court's 12/21/2011 Order (Document No. 70) and 12/22/2011 Order (Document No. 71), specifically excluding Counts 15 and 16 of the Complaint from this Amended Judgment .**

ROBERT FARRELL,
CLERK OF COURT
By

Dated: September 17, 2013                /s/ Daniel C. Hohler
                    Daniel C. Hohler, Courtroom Deputy Clerk

(judge-civ.wpd - 3/7/2005)