```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

RISSMAN HENDRICKS & OLIVERIO,      )
LLP f.k.a. RISSMAN JOSBE           )
HENDRICKS & OLIVERIO, LLP          )
f.k.a. KUDIRKA & JOBSE, LLP,       )
          Plaintiff,               )
                                   )
     v.                            )
                                   )   C.A. No. 11-10791-MLW
MIV THERAPEUTICS INC., MIV         )
SCIENTIFIC HOLDINGS, LTD,          )
BIOSYNC SCIENTIFIC PVT, ALAN P.    )
LINDSAY a.k.a ALAN LINDSAY,        )
PATRICK MCGOWAN, and CHRIS         )
XUNAN CHEN a.k.a. CHRIS CHEN,      )
          Defendants.              )
```

                                  ORDER

WOLF, D.J.                                              October 9, 2013

On October 8, 2013, plaintiff Rissman, Hendricks & Oliverio LLP ("Rissman") filed an Assented to Motion to Withdraw Plaintiff's Pending Motion for Contempt Against Alan P. Lindsay (the "Motion") (Docket No. 246) and Plaintiff's Status Report on Impending Settlement - II (Docket No. 247). The Motion reflects what appear to be some mistaken assumptions. In any event, its implications for the continuance of this case are not clear to the court.

Therefore, it is hereby ORDERED that:

1. A hearing on the Motion will be held on October 11, 2013, at 10:30 a.m. Counsel for Rissman, Lindsay, Thomas J. Deutsch and McMillan LLP, and Riemer & Braunstein shall attend.

2. Unless otherwise ordered, the September 17, 2013 Memorandum and Order Concerning Contempt (Docket No. 215) and the September

27, 2013 Memorandum and Order (Docket No. 236) remain in effect. Therefore, among other things, unless otherwise ordered, Lindsay and Deutsch shall attend the hearings that are scheduled to resume on October 15, 2013, at 9:30 a.m.

                                                       /s/   Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE